The People of the State of New York ex rel. Joseph Mann v. Clara Lobel Maddern Mann Oskow (Formerly Known as Clara Lobel Mann).— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Patrick McCallin v. Henry F. Norris (Appearing Specially for the Motion Only), Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Timothy J. Mara v. James J. Tunney, Also Known as Gene Tunney, and William Gibson.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Helene B. Keck v. Thomas B. Keck.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry Alexander, Inc., v. 21 West 86th Street Corporation.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Joseph Pinsker v. Sikora Realty Corporation.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Marie H. Talley v. Henry Libaire and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

New York Plumbers' Specialties Co., Inc., v. Emily L. Hoffbauer.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

New York Plumbers' Specialties Co., Inc., v. Paul Englander.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Gustave B. Garfield and Others v. Samuel H. Coombs and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Irving Trust Company, as Trustee, etc., v. Annie Reikes.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Jacob Atkin v. Fanny Freed, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Francis P. Burns, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Philip Cashman, an Attorney.— Motion granted. Entire proceeding may be reopened within the discretion of the learned referee. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Jacob Jurin, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Samuel Buchler, an Attorney.—Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.